**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**EVERTISE NEWSWIRE LLC** | **No. 1:26-mc-02434-DAE** |

**AMENDED EXHIBIT A TO VETR HEALTH, LLC'S**
**APPLICATION FOR ISSUANCE OF SUBPOENA DUCES TECUM**

Vetr Health LLC hereby supplements and amends its pending Application for Issuance of Subpoena Duces Tecum (Dkt. 1) with this Amended Exhibit A (Subpoena to Produce Documents, Information, or Objects (Dkt. 1-1), which changes the original Exhibit A's September 11, 2026 return date to September 30, 2026.

September 15, 2026

Respectfully Submitted,

*/s/ Kelly Ransom*

Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
kelly.ransom@kellyhart.com

***Counsel for Applicant Vetr Health, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being served on counsel of record in the underlying Trademark Trial and Appeal Board Proceeding, Opposition No. 91296146 via email on September 15, 2026.

*/s/ Kelly Ransom*