**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| In the Application of<br><br>VETR HEALTH, LLC<br><br>Petitioner. | Civil Action No: 1:26-mc-02434 |

ORDER

Upon the Application for the Issuance of a Subpoena *Duces Tecum* Pursuant to 35 U.S.C. § 24 to EVERTISE NEWSWIRE LLC filed by VETR HEALTH, LLC, Petitioner (the "Application") (Dkt. # 1), it is hereby:

**ORDERED** that the Application is **GRANTED**, and it is further

**ORDERED** that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit A to the Application (the "*Subpoena Duces Tecum*") (Dkt. # 4-1) and provide the executed Subpoena *Duces Tecum*, along with Schedule A to the Subpoena (Dkt. # 1-2), to Petitioner's counsel for service on Evertise Newswire LLC.

**SO ORDERED** this 23rd day of October, 2026.

David Alan Ezra
Senior United States District Judge